Mitchell Turbenson (033278)
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400
Facsimile: 602.798.5595
E-mail: turbensonm@ballardspahr.com

Melanie J. Vartabedian (*pro hac vice* to be filed)
Derek A. Huish (*pro hac vice* to be filed)
BALLARD SPAHR LLP
One Utah Center, Suite 800
201 South Main Street
Salt Lake City, UT 84111-2221
Telephone: 801.531.3000
Facsimile: 801.531.3001
E-mail: vartabedianm@ballardspahr.com
E-mail: huishd@ballardspahr.com

*Attorneys for Defendant CMG Mortgage, Inc.
dba CMG Financial and CMG Home Loans*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SecurityNational Mortgage Company, a Utah corporation,<br><br>     Plaintiff,<br><br>     vs.<br><br>CMG Mortgage, Inc., a California corporation dba CMG Financial and CMG Home Loans,<br><br>     Defendant. | NO.<br><br>**NOTICE OF REMOVAL**<br><br>Removed from the Superior Court of the State of Arizona in and for the County of Maricopa<br>Case No. CV2026-011132 |

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

**TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA:**

**PLEASE TAKE NOTICE THAT** Defendant CMG Mortgage, Inc. dba CMG Financial and CMG Home Loans ("CMG"), by and through its undersigned counsel, hereby gives notice of removal of the litigation captioned *SecurityNational Mortgage Company v. CMG Mortgage, Inc.*, filed in the Superior Court of Arizona, Maricopa County (Case Number CV2026-011132) to the United States District Court for the District of Arizona pursuant to 28 U.S.C. §§ 1331, 1332, 1441(a), and 1446(b)(1). Except as otherwise outlined herein, CMG reserves all of its defenses to SecurityNational Mortgage Company's ("Plaintiff's") lawsuit. The Civil Complaint filed by Plaintiff is attached as **Exhibit A** ("Complaint").

A copy of this Notice of Removal and a Notice of Filing of Notice of Removal are being filed with the clerk of the Superior Court of Arizona, Maricopa County.

### BACKGROUND

1. On March 13, 2026, Plaintiff filed a Complaint in the Superior Court of Maricopa County, Arizona ("State Court Action") against CMG, where it was assigned Case No. CV2026-011132. *See* Ex. A.

2. CMG was served with a copy of the Summons and Complaint on March 24, 2026. A true and correct copy of all pleadings and other documents that were filed and served with the Maricopa County Superior Court aside from the Complaint, including the Summons and Certificate of Compulsory Arbitration are attached as **Exhibit B**.

3. CMG has not yet answered, moved, or otherwise responded to the Complaint in the State Court Action. A true and correct copy of the docket for the State Court Action as of the date of filing this Notice is attached hereto as **Exhibit C**.

4. CMG is the only named defendant in the State Court Action.

### TIMELINESS AND VENUE FOR REMOVAL

5. Under 28 U.S.C. § 1446(b)(1), a notice of removal must be filed within thirty (30) days of receipt by the defendant, through service or otherwise, of a copy of the initial

2

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

pleading setting forth the claim for relief upon which the plaintiff's action or proceeding is based. Here, Plaintiff served its Complaint on CMG on March 24, 2026. *See* Ex. B.

6.    The Court has jurisdiction over matters that occur within the geographical boundaries of the State of Arizona. 28 U.S.C. § 1391(b)(2). This case involves allegations that CMG competitively recruited employees from Plaintiff's Scottsdale and Glendale, Arizona branches, which Plaintiff characterizes as inducing breaches of non-solicitation agreements and misappropriating confidential and trade secret information in the Arizona mortgage market. Ex. A ¶¶ 13–16, 18, 28–29, 44–45.

7.    Therefore, based on the foregoing, removal is timely, and venue in this Court is proper under 28 U.S.C. §§ 1441(a), 1446(b)(1).

## JURISDICTIONAL BASIS FOR REMOVAL

8.    The Court has jurisdiction over this case under 28 U.S.C. §§ 1332, 1441. Under 28 U.S.C. § 1332, this Court has original jurisdiction of all matters (1) that are between citizens of different states where (2) the matter in controversy exceeds the sum or value of $75,000. Further, under 28 U.S.C. § 1331, this Court has jurisdiction of all civil actions arising under the laws of the United States.

9.    Here, Plaintiff is a Utah corporation, incorporated in the State of Utah and with its principal place of business in Salt Lake City, Utah. *See* Ex. A ¶ 1.

10.    CMG is a California corporation, incorporated in the State of California and with its principal place of business in California. *See* Ex. A ¶ 2.

11.    The amount in controversy is also satisfied. Plaintiff asserts that this case meets the criteria to be designated a Tier 3 case under Arizona Rule of Civil Procedure 26.2(c)(3)(C). (Ex. A at 1; *see also* Ex. B at Civil Cover Sheet). *See* Ariz. R. Civ. P. 26.2(c)(3)(C) ("Actions claiming $300,000 or more in damages are permitted standard discovery as described for Tier 3."); *see also Leonard v. Safeco Ins. Co. of Am.*, No. CV-23-08626-PCT-DWL, 2024 U.S. Dist. LEXIS 27173, at *10–11 (D. Ariz. Feb. 16, 2024) ("Had Plaintiffs characterized this case as falling within Tier 3, that characterization would be evidence that the amount in controversy exceeds the $75,000 threshold for diversity

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

jurisdiction."); *see also Haire v. Liberty Ins. Corp.*, No. CV-20-00686-PHX-DWL, 2020 U.S. Dist. LEXIS 156309, at *16 (D. Ariz. Aug. 28, 2020) (recognizing that designation of the case as a Tier 3 case provides "evidence that Plaintiff valued his damages at $300,000 or more"). Thus, the second prerequisite for diversity jurisdiction is met.

12. Separately, this Court has federal question jurisdiction under 28 U.S.C. § 1331 because Plaintiff asserts a claim under the Defend Trade Secrets Act of 2016, 18 U.S.C. § 1836 et seq. The Court also has supplemental jurisdiction over Plaintiff's remaining state law claims pursuant to 28 U.S.C. § 1367(a) because those claims arise out of the same nucleus of operative fact as the federal claim.

## PROCEDURAL REQUIREMENTS AND LOCAL RULES

13. By filing this Notice of Removal, CMG does not waive any defense that may be available, including, but not limited to, lack of personal jurisdiction, improper venue, insufficient process, insufficient service of process, failure to state a claim upon which relief may be granted, and/or failure to join a necessary party, or any right to compel arbitration. No admission of fact, law, or liability is intended by this Notice of Removal, and all defenses, motions, and pleas are expressly reserved.

14. Counsel for CMG certifies, pursuant to 28 U.S.C. § 1446(d) and LRCiv. 3.6(b), that copies of this Notice of Removal, including true and correct copies of all pleadings, process and orders filed in the State Court Action and attached as Exhibits A and B hereto, will be filed concurrently with the State Court and served promptly upon Plaintiff.

15. Counsel for CMG also certifies that **Exhibit D** is a Civil Cover Sheet, as required by LRCiv 3.6(a).

16. Counsel for CMG further certifies that **Exhibit E** is a Supplemental Civil Cover Sheet, as required by LRCiv 3.6(a).

WHEREFORE, CMG prays that the above-titled action now pending in the Superior Court for Maricopa County, Arizona, assigned Case No. CV2026-011132, be removed to the United States District Court for the District of Arizona.

RESPECTFULLY SUBMITTED this 13th day of April, 2026.

BALLARD SPAHR LLP


By: */s/ Mitchell Turbenson*
Mitchell Turbenson
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400
Facsimile: 602.798.5595

Melanie J. Vartabedian (*pro hac vice* to be filed)
Derek A. Huish (*pro hac vice* to be filed)
One Utah Center, Suite 800
201 South Main Street
Salt Lake City, UT 84111-2221
Telephone: 801.531.3000
Facsimile: 801.531.3001

*Attorneys for Defendant CMG Mortgage, Inc. dba CMG Financial and CMG Home Loans*

**VERIFICATION**

Per LRCiv. 3.6(b), I verify under penalty of perjury that the state court action records attached to this Notice of Removal as Exhibits A and B are true and correct copies of all documents filed in *SecurityNational Mortgage Company v. CMG Mortgage, Inc.*, filed in the Superior Court of Arizona, Maricopa County (Case Number CV2026-011132).

Dated: April 13, 2026                              */s/ Mitchell Turbenson*
                                                   Mitchell Turbenson

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

6

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on the 13th day of April, 2026, I electronically transmitted a PDF version of this document to the Office of the Clerk of the Court, using the CM/ECF electronic filing system. A complete copy of the foregoing was sent via email and mail this same date to the following:

Chris Mason
cmason@buchalter.com
Stephen F. Best
sbest@buchalter.com
15279 North Scottsdale Road, Suite 400
Scottsdale, AZ 85254

*Attorneys for Plaintiff SecurityNational Mortgage Company*

By: */s/ Mitchell Turbenson*

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

7