# EXHIBIT B

Person Filing: Chris Mason
Address (if not protected): 15279 N. Scottsdale Road Suite 400
City, State, Zip Code: Scottsdale, AZ 85254
Telephone: (480)383-1803
Email Address: cmason@buchalter.com
Representing [□ ] Self or [☒ ] Attorney for:
Lawyer's Bar Number: 019891, Issuing State: AZ

Clerk of the Superior Court
*** Electronically Filed ***
K. Scott, Deputy
3/13/2026 11:12:37 AM
Filing ID 21649500

# SUPERIOR COURT OF ARIZONA
## IN MARICOPA COUNTY

Case Number: **CV2026-011132**

SECURITYNATIONAL MORTGAGE COMPANY, a Utah Corporation

Name of Plaintiff

**SUMMONS**

AND

CMG MORTGAGE, INC., a California corporation, et al.

Name of Defendant

| **WARNING**:  This is an official document from the court that affects your rights.  Read this carefully. If you do not understand it, contact a lawyer for help. |
| --- |

**FROM THE STATE OF ARIZONA TO:** **CMG MORTGAGE, INC., a California corporation, et al.**

Name of Defendant

1.     **A lawsuit has been filed against you.**  A copy of the lawsuit and other court papers are served on you with this *"Summons"*.

2.     If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint.  To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to Clerk of the Superior Court, or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation. Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons. Note:  If you do not file electronically you will not have electronic access to the document in this case.

*AZturboCourt.gov Form Set #12904125*

Arizona Supreme Court
Summons

Page 1 of 2

EFCV11f-042523

3.  If this "Summons" and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your "Response" or "Answer" must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served.  If this "Summons" and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.  You can get a copy of the court papers filed in this case from the Petitioner at the address at the top of this paper, or from the Clerk of the Superior Court.

5.  Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least ten (10) judicial days before your scheduled court date.

6.  Requests for an interpreter for persons with limited English proficiency must be made to the office of the judge or commissioner assigned to the case at least ten (10) judicial days in advance of your scheduled court date.

SIGNED AND SEALED this Date: *March 13, 2026*

*JOSEPH W. MALKA*
Clerk of Superior Court

By: *K. SCOTT*
Deputy Clerk



If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

Clerk of the Superior Court
*** Electronically Filed ***
K. Scott, Deputy
3/13/2026 11:12:37 AM
Filing ID 21649499

Person/Attorney Filing: Chris Mason
Mailing Address: 15279 N. Scottsdale Road Suite 400
City, State, Zip Code: Scottsdale, AZ 85254
Phone Number: (480)383-1803
E-Mail Address: cmason@buchalter.com
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 019891, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

SECURITYNATIONAL MORTGAGE COMPANY,
a Utah Corporation
Plaintiff(s),

v.

CMG MORTGAGE, INC., a California
corporation, et al.
Defendant(s).

Case No.  **CV2026-011132**

**CERTIFICATE OF
COMPULSORY ARBITRATION**

I certify that I am aware of the dollar limits and any other limitations set forth by the Local Rules of Practice for the Maricopa County Superior Court, and I further certify that this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of the Arizona Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this  March 13, 2026

By:  Chris Mason /s/
      Plaintiff/Attorney for Plaintiff

# In the Superior Court of the State of Arizona
# In and For the County of Maricopa

Clerk of the Superior Court
*** Electronically Filed ***
K. Scott, Deputy
3/13/2026 11:12:37 AM
Filing ID 21649498

**Plaintiff's Attorneys:**

Chris Mason - Primary Attorney
Bar Number: 019891, issuing State: AZ
Law Firm: Buchalter LLP
15279 N. Scottsdale Road Suite 400
Scottsdale, AZ 85254
Telephone Number: (480)383-1803
Email address: cmason@buchalter.com

**CV2026-011132**

Stephen Best
Bar Number: 034976, issuing State: AZ
Law Firm: Buchalter LLP
Telephone Number: (480)383-1800

**Plaintiff:**

SECURITYNATIONAL MORTGAGE COMPANY, a Utah Corporation
15279 N. Scottsdale Road Suite 400
Scottsdale, AZ 85254

**Defendant:**

CMG MORTGAGE, INC., a California corporation, et al.

Discovery Tier t3

Case Category: Contracts
Case Subcategory: Other Contract (Breach of Contract)

AZTurboCourt.gov Form Set #12904125

Clerk of the Superior Court
*** Electronically Filed ***
M. Saldana, Deputy
4/1/2026 8:22:04 AM
Filing ID 21761446

Chris Mason (SBN: 019891)
Stephen F. Best (SBN: 034976)
**BUCHALTER LLP**
15279 North Scottsdale Road, Suite 400
Scottsdale, Arizona  85254-2659
Telephone: (480) 383-1800
Facsimile: (480) 824-9400
Email:   cmason@buchalter.com
Email:   sbest@buchalter.com

Attorneys for Plaintiff SecurityNational Mortgage Company

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| SECURITYNATIONAL MORTGAGE COMPANY, a Utah corporation,<br><br>Plaintiff,<br><br>v.<br><br>CMG MORTGAGE, INC., a California corporation dba CMG FINANCIAL and CMG HOME LOANS,<br><br>Defendant. | CASE NO. CV2026-011132<br><br>**ACCEPTANCE OF SERVICE** |

On March 24, 2026, Mitchell Turbenson of Ballard Spahr LLP, being authorized to do so, accepts service of the following documents filed in this action as if Defendant CMG Mortgage Inc. had been served personally: (1) Summons, (2) Complaint, (3) Certificate of Compulsory Arbitration, and (4) Civil Cover Sheet.

DATED: April 1, 2026.

**BALLARD SPAHR LLP**

By: */s/ Mitchell Turbenson*
Mitchell Turbenson
*Attorney for Defendant CMG Mortgage, Inc.*

-1-

BUCHALTER 4922-5681-7818v1

Clerk of the Superior Court
*** Electronically Filed ***
K. Scott, Deputy
4/8/2026 10:23:57 AM
Filing ID 21807565

Mitchell Turbenson (033278)
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400
Facsimile: 602.798.5595
E-mail: turbensonm@ballardspahr.com

*Attorney for Defendant CMG Mortgage, Inc.*
*dba CMG Financial and CMG Home Loans*

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| SECURITYNATIONAL MORTGAGE COMPANY, a Utah corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CMG MORTGAGE, INC., a California corporation dba CMG FINANCIAL and CMG HOME LOANS,<br><br>Defendant. | NO. CV2026-011132<br><br>**NOTICE OF APPEARANCE**<br><br>(Assigned to the Hon. Greg Como) |

**NOTICE IS HEREBY GIVEN** that Mitchell L. Turbenson of the law firm of Ballard Spahr LLP enters his appearance for Defendant CMG Mortgage, Inc. dba CMG Financial and CMG Home Loans and requests that a copy of any notices, pleadings, agendas or other relevant documents in this case be delivered to the following.

Mitchell L. Turbenson
turbensonm@ballardspahr.com
Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400
Facsimile: 602.798.5595

#4909-8743-2350 v1

DATED this 8th day of April, 2026.

BALLARD SPAHR LLP


By: */s/ Mitchell Turbenson*
   Mitchell Turbenson
   1 East Washington Street, Suite 2300
   Phoenix, AZ 85004-2555
   *Attorney for Defendant CMG Mortgage, Inc. dba CMG Financial and CMG Home Loans*

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

#4909-8743-2350 v1

2

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

## CERTIFICATE OF SERVICE

I hereby certify that on the 8ᵗʰ day of April, 2026, I electronically transmitted a PDF version of this document to the Office of the Clerk of the Superior Court, Maricopa County, for filing using the AZ TurboCourt System.

I further certify that a copy of the foregoing was sent via email and U.S. mail this same date to:

Chris Mason
cmason@buchalter.com
Stephen F. Best
sbest@buchalter.com
15279 North Scottsdale Road, Suite 400
Scottsdale, AZ 85254

*Attorneys for Plaintiff SecurityNational Mortgage Company*

By: */s/ Christina M. Kinsey*

#4909-8743-2350 v1

3