# EXHIBIT C

« Return to search results

## Case Information

| | | | |
|---|---|---|---|
| **Case Number:** | CV2026-011132 | **Judge:** | Como, Greg |
| **File Date:** | 3/13/2026 | **Location:** | Downtown |
| **Case Type:** | Civil | | |

## Party Information

| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| Securitynational Mortgage Company | Plaintiff | | Stephen Best |
| C M G Mortgage Inc | Defendant | | Mitchell Turbenson |

## Case Documents

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 4/8/2026 | NAR - Notice Of Appearance | 4/9/2026 | |
| **NOTE:** | Notice of Appearance/EFILE BILLING $263 | | |
| 4/1/2026 | ACS - Acceptance Of Service | 4/1/2026 | |
| **NOTE:** | Acceptance of Service/C M G Mortgage Inc | | |
| 3/13/2026 | COM - Complaint | 3/16/2026 | |
| **NOTE:** | Complaint | | |
| 3/13/2026 | CSH - Coversheet | 3/16/2026 | |
| **NOTE:** | Civil Cover Sheet | | |
| 3/13/2026 | CCN - Cert Arbitration - Not Subject | 3/16/2026 | |
| **NOTE:** | Certificate Of Compulsory Arbitration - Is Not Subject To | | |
| 3/13/2026 | SUM - Summons | 3/16/2026 | |
| **NOTE:** | Summons | | |

## Case Calendar

**There are no calendar events on file**

## Judgments

| Date | (F)or / (A)gainst | Amount | Frequency | Type | Status |
|---|---|---|---|---|---|
| **No records found.** | | | | | |